IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| RICKY ALLAN OLSON,<br>a/k/a RICK OLSON,<br>a/k/a WALLACE WAYNE CHRISTENSEN | Violation: 18 U.S.C. §§ 922(g)(1), 924(a)(8), and 2 |

**Possession of a Firearm by a Convicted Felon**

The Grand Jury Charges:

On and between July 9 and July 12, 2025, in the District of North Dakota,

RICKY ALLAN OLSON,
a/k/a RICK OLSON,
a/k/a WALLACE WAYNE CHRISTENSEN,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, to wit:

   Felon in Possession of a Firearm and Ammunition, a Class C felony, in violation of 18 U.S.C. § 922(g)(1), in United States District Court for the District of North Dakota, Case Number 3:94-cr-83, judgment entered January 30, 1995; and

   Possession of Drug Paraphernalia – 2nd or Subsequent Offense, a Class C felony, in violation of N.D. Cent. Code § 19-03.4-03(2), in State of North Dakota, East Central Judicial District, County of Cass, Case Number 09-2024-CR-00606, judgment entered March 20, 2024,

did knowingly possess in and affecting commerce a firearm, that is: a Glock, Model 21, .45 caliber pistol, bearing Serial Number VBH596;

   In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 2.

FORFEITURE NOTICE

Upon conviction of the offense alleged in this Indictment,

RICKY ALLAN OLSON,
a/k/a RICK OLSON,
a/k/a WALLACE WAYNE CHRISTENSEN

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to: a Glock, Model 21, .45 caliber pistol, bearing Serial Number VBH596; and 14 rounds of .45 caliber ammunition.

A TRUE BILL:

/s/ Foreperson_____
Foreperson

/s/ Jennifer Klemetsrud Puhl
JENNIFER KLEMETSRUD PUHL
Acting United States Attorney

JTR/ak