UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICKY ALLAN OLSON,<br><br>Defendant. | Cr. No. 3:25-cr-216<br><br>**DEFENDANT'S RESPONSE TO UNITED STATES' MOTION FOR PSYCHIATRIC OR PSYCHOLOGICAL EVALUATION** |

Defendant Ricky Allan Olson, by his attorney Assistant Federal Public Defender Rhiannon Gorham, submits this Response to the United States' Motion for Psychiatric or Psychological Evaluation.

Mr. Olson specifically asserts that he is competent, however, due to the information from Mr. Olson's previous counsel, including citations to Dr. Rodlund's recommendation, (Gov't Ex. 2, "It is recommended that [Ricky Olson] be found not fit to proceed"), the issue of competency to proceed raised in the North Dakota state criminal matter 09-2025-CR-2654 is both relevant and timely in regard to this federal proceeding.

"[T]he failure to observe procedures adequate to protect a defendant's right not to be tried or convicted while incompetent to stand trial deprives him of his due process right to a fair trial," *Drope v. Missouri*, 420 U.S. 162, 172 (1975) (citing *Pate v. Robinson*, 383 U.S. 375 (1966). A competency evaluation would be appropriate per 18 U.S.C. § 4241, to protect Mr. Olson's due process rights.

Mr. Olson further joins in the government's request for a hearing under 18 U.S.C. §§ 4241(c) and 4247(d) upon conclusion of the psychiatric or psychological examination.

Dated this 10th day of November, 2025.

>Respectfully submitted,
>
>JASON J. TUPMAN
>Federal Public Defender
>By:
>
>_/s/  Rhiannon Gorham_
>Rhiannon Gorham
>Assistant Federal Public Defender
>Attorney for Defendant
>Office of the Federal Public Defender
>Districts of South Dakota and North Dakota
>112 Roberts Street North, Suite 200
>Fargo, ND 58102
>Telephone: 701-239-5111
>Facsimile:  701-239-5098
>filinguser_SDND@fd.org